FILED

2021 NOV 16 PM 12: 07

U.S. DISTRICT COURT
ORLANDO, FLORIDA

**In the district court of the United States**

**A Motion for Change to Proper Venue**

6:21-cv-1920-CEM-LRH

**Timothy Corrigan, Chief Judge**
**District Judge**
**300 North Hogan Street**
**Jacksonville, Florida 32202**

For a case in the

18th Judicial Circuit Court case number: 05-2015-CA-011763-XXXX-XX

Return to: Debra Annette Hirsch

c/o 125 Macaw Lane

Merritt Island, Florida 32952

This cover sheet has been added to these recorded documents to provide space for the recording data.

This cover sheet appears as the first page of the document in the official public record.

Do not detach.

November 15, 2021

## In the district court of the United States

## A Motion for Change to Proper Venue

Timothy Corrigan, Chief Judge
District Judge, Middle District
300 North Hogan Street
Jacksonville, Florida 32202
RE: 18th Judicial Circuit Court case number: **05-2015-CA-011763-XXXX-XX**

This Complaint, that a misunderstanding that has led to, and is leading to additional efforts to illegally confiscate my property, as filed with the Clerk of Court of the district court of the United States,

And in support of the Motion for Change to Proper Venue,

I, Debra Annette Hirsch, providing the attached Testimony in the Form of an Affidavit (Exhibit A) affirming that I am a live-born American woman who is being impersonated and misidentified as a "citizen of the United States"

and, additional Testimonies in the Form of an Affidavit are attached as evidence that I am a live-born American who is being impersonated and misidentified as a "citizen of the United States," (see Exhibit B through Exhibit I)

and, to prevent any additional illegal impersonation and misidentification I, Debra Annette Hirsch, require, based on a pending hearing in the 18th Judicial Circuit Court for a "Writ of Possession" on November 19, 2021, that this Motion for Change to Proper Venue be made posthaste,

by: *[signature]*
Debra Annette Hirsch©
All Rights Reserved Without Prejudice

(321) 704-0606

cc:   Chief Justice Charles Canady
      Florida Supreme Court
      500 South Duval Street
      Tallahassee, Florida 32399-1925

      Judicial Management Council
      500 South Duval Street
      Tallahassee, Florida 32399-1925