## Testimony Affirming American Identity of Living Woman

I Debra Annette Hirsch, testify and affirm that I am a live-born American who is being impersonated and misidentified as a "citizen of the United States" — a misunderstanding that has led to efforts to confiscate my property which is located at the physical address of, 125 Macaw Lane, Merritt Island, Brevard County, Florida 32952.

This testimony is true, complete, and correct and I make it under Penalty of Perjury under the Public Law of The United States of America.

So affirmed this 13th day of November in the year of 2021

by: _Debra Annette Hirsch_
Debra Annette Hirsch©
All Rights Reserved Without Prejudice

I may be contacted at this mailing address
c/o 125 Macaw Lane, Merritt Island, Florida [32952]

### Witness Verification by Public Notary

Florida State
Brevard County

Today, I was visited by the Witness whose signature appears above, who was properly identified to me, and she did sign this record in my presence for the purposes described above, in witness whereof I affix my signature and seal this 13 1st day of November in the year of 2021.

By: _Chaney_ ; Expiration date of 06/05/2021

ANDREW M. CHANEY

Andrew Michael Chaney
Notary Public
State of Florida
Comm# HH103715
Expires 6/5/2025

## Witness Testimony Affirming Identity of Living American Woman

I, Aaron Daniel Wiesenberg, affirm that Debra Annette Hirsch, a live-born woman and an American, is being impersonated and misidentified as a "citizen of the United States" --- a misunderstanding that has led to efforts to confiscate her property illegally at the physical address of 125 Macaw Lane, Merritt Island, Brevard County, Florida 32952.

This testimony is true, complete, and correct to the best of my knowledge and I make it under Penalty of Perjury under the Public Law of The United States of America:

So affirmed this 13TH day of November in the year of 2021.

by: _____
Aaron Daniel Wiesenberg ©
All Rights Reserved Without Prejudice

I may be contacted at this mailing address:

    c/o 125 Macaw Lane, Merritt Island, Florida [32952]

### Witness Verification by Public Notary:

Florida State

Brevard County

Today, I was visited by the Witness whose signature appears above, who was properly identified to me, and he did sign this record in my presence for the purposes described above. in witness whereof I affix my signature and seal this 13 TH day of November in the year of 2021.

By: _____ : Expiration date of 06/05/2025

ANDREW M. CHANEY



Andrew Michael Chaney
Notary Public
State of Florida
Comm# HH103715
Expires 6/5/2025

Andrew Michael Chaney
Notary Public
State of Florida
Comm# HH103715
Expires 6/5/2025

# TESTIMONY AFFIRMING AMERICAN Identity of Living Woman

I, JAMES JOSEPH TOOMEY, A FRIEND OF DEBRA ANNETTE HIRSCH, TESTIFY AND AFFIRM DEBRA IS A LIVING WOMAN, STANDING ON THE LAND AND SOIL, AND IS BEING IMPERSONATED AND MISIDENTIFIED AS A "CITIZEN OF THE UNITED STATES". THIS MISUNDERSTANDING AND MISIDENTIFICATION ARE LEADING TO EFFORTS TO ILLEGALLY CONFISCATE HER PROPERTY AT THE PHYSICAL ADDRESS OF 125 MACAW LANE, MERRITT ISLAND, BREVARD COUNTY, FLORIDA 32952.

MY TESTIMONY IS TRUE, COMPLETE, AND CORRECT TO THE BEST OF MY KNOWLEDGE, AND I MAKE IT UNDER PENALTY OF PERJURY UNDER THE PUBLIC LAW OF THE UNITED STATES OF AMERICA.

SO AFFIRMED THIS 11TH DAY OF NOVEMBER IN THE YEAR OF 2021.

BY: *James Joseph Toomey* ©

JAMES JOSEPH TOOMEY ©
ALL RIGHTS RESERVED WITHOUT PREJUDICE

I MAY BE CONTACTED AT THIS MAILING ADDRESS:
c/o 1591 FACE DR. NW, PALM BAY, FLORIDA 32907

## WITNESS VERIFICATION BY PUBLIC NOTARY

FLORIDA STATE
BREVARD COUNTY

TODAY, I WAS VISITED BY THE WITNESS WHOSE SIGNATURE APPEARS ABOVE, WHO WAS PROPERLY IDENTIFIED TO ME, AND HE DID SIGN THIS RECORD IN MY PRESENCE FOR THE PURPOSES DESCRIBED ABOVE, IN WITNESS WHEREOF I AFFIX MY SIGNATURE AND SEAL THIS 11th DAY OF NOVEMBER IN THE YEAR OF 2021.

BY: *Lee Ann Lorito*

Lee Ann Lorito



LEE ANN LORITO
MY COMMISSION # GG 318337
EXPIRES: April 1, 2023
Bonded Thru Notary Public Underwriters