FILED

January 24, 2022

2022 JAN 24  AM 10: 52

Debra Annette Hirsch©
    Sui Juris

DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

**A common law court of record In the district court of the United States**

Chief Judge Timothy Corrigan
District Court of the United States
Middle District
401 West Central Boulevard
Orlando, Florida 32801

RE:    Case #: 6:21-cv-01920-CEM-LRH

    REPLY IN OPPOSITION AND MOTION TO STRIKE MOTION FOR REMAND

I, Debra Annette Hirsch©, file this reply in this common law court of record to strike motion for remand and states:

1. On December 21, 2021, attorney Chase A. Berger, Esq. on behalf of Wilmington Trust, etc., have never filed a motion to intervene and have filed with this district court a Motion for Remand falsely claiming to be a defendant in this matter constituting Tortious Interference, a Common Law Tort, between Debra Annette Hirsch© and the district court of the United States,

2. Wilmington Trust representative admits on the last three (3) pages of Exhibit D that Notice of Removal was provided on November 17, 2021, violating 28 USC 1446(a) for an attorney to file a motion for remand after the thirty (30) days allowed,

I, Debra Annette Hirsch© demand that Chief Judge Timothy Corrigan deny and strike Wilmington's motion for remand, and to reprimand attorney Chase A. Berger, Esq. for tortious interference and any other relief the district court may deem just and proper.

By: *Debra Annette Hirsch©*
Debra Annette Hirsch©
All Rights Reserved Without Prejudice
Private Mailing Address:
c/o 125 Macaw Lane
Merritt Island, Florida [32952]
Latitude:   28° 16' 26.7564" N
Longitude: 80° 39'55.3212" W

Seal